IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JACQUELINE BOWERS,

       Appellant,

 v.

Case No. 5D22-730
LT Case No. 2014-DR-001089

HAROLD N. SMITH,

       Appellee.

_____/

Opinion filed November 7, 2022

Nonfinal Appeal from the Circuit Court
for Flagler County,
Christopher France, Judge.

William S. Graessle, of William S.
Graessle, P.A., Jacksonville, for
Appellant.

Meaghan K. Marro, of Marro
Law, P.A., Plantation, for
Appellee.


PER CURIAM.

Former Wife appeals an order rendered February 8, 2022, suspending her timesharing.[1]  On appeal, Former Wife argues, *inter alia*, that this order is in error because it granted relief not requested by Former Husband, citing *Golden v. Bass*, 194 So. 3d 1080, 1082 (Fla. 1st DCA 2016).  We agree and therefore reverse this order.

We affirm the order transferring venue without further discussion.

AFFIRMED in part; REVERSED in part; and REMANDED.

EVANDER, WALLIS and EISNAUGLE, JJ., concur.

---

[1] This Court has jurisdiction. *See* Fla. R. App. P. 9.130(a)(3)(C)(iii)(b).